# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| LACEY A. L., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 1:19-cv-126-GZS |
| | ) | |
| ANDREW M. SAUL, Commissioner Of Social Security, | ) ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 17) filed February 14, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **REMANDED** for proceedings consistent with the Recommended Decision of the Magistrate Judge.

                                                                                    /s/ George Z. Singal
                                                                                     United States District Judge

Dated this 3rd day of March, 2020.